[No. 54924-3-I.  Division One.  November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK LYNN MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00660-1, Susan K. Cook, J., entered September 3, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55030-6-I.  Division One.  November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. K.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-00614-9, Suzanne M. Barnett, J., entered June 8, 2005. *Remanded* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Coleman, J.

[No. 55163-9-I.  Division One.  November 28, 2005.]

JODI LYNN ALEXANDER, *Appellant*, v. MICHELLE NADEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-20143-1, Cheryl B. Carey, J., entered October 1, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Ellington, J.

[No. 55302-0-I.  Division One.  November 28, 2005.]

DANA B. MOWER ET AL., *Appellants*, v. KING COUNTY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 03-2-38584-1, George T. Mattson, J., entered July 16, October 11, and November 10, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, A.C.J., and Baker, J. Now published at 130 Wn. App. 707.